# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Timothy Joseph Kujawa
, Debtor(s)
Bonita Lynne Kujawa /

CHAPTER 13
CASE NO: 19-40455.
JUDGE: ☐ TUCKER ☒ OXHOLM

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on ___3/18/19.___ , regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.
☐ a Motion to lift stay as to Creditor _____ .
☐ Other:_____ .

☒ Confirmation of Plan.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to __6/10/19 @ 11 AM.__ ROOM #1875
☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____ .
☐ Debtor(s) shall file and serve amended _____ on or before _____ .
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: _____

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)
/s/ _____
/s/ TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Approved as to Form and Content:
/s/ _____
Alexander J. Berryson (81343)
Attorney for Debtor(s)
20700 Civic Ctr. Dr. Ste 420.
Southfield, MI
48076.
abs@os6ig.com.

KP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                                    CHAPTER 13
Timothy Joseph Kujawa                               CASE NO. 19-40655-MLO
Bonita Lynne Kujawa, Debtor(s).                     JUDGE MARIA L. OXHOLM
_____/

## ORDER ADJOURNING HEARING

This matter having come on for hearing on __03/18/19__ regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐  the First Meeting of Creditors.

☐  a Motion to Dismiss case.                    ☒  Confirmation of Plan.

☐  a Motion to lift stay as to Creditor _____.

☐  Other:_____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒  The above referenced matter is adjourned to__**06/10/19**__ @ **11:00 a.m.   ROOM 1875**_____

☐  Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records on or before _____.

☐  Debtor(s) shall file and serve amended _____on or before _____.

☐  Debtor(s) shall attend the adjourned First Meeting of Creditors.

☐  Other.  _____.

        **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

        **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

        **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.